ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10617. DEY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 00–10619. DUKES v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 00–10620. CHAMBERS v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10621. CLARK v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 00–10623. MARTINEZ-VILLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10624. LEDEZMAN-AMEZQUITA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10625. SALINAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10626. SALINAS-CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10628. THEOPHANOUS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10629. WILLIAMS v. MONTGOMERY COUNTY MUNICIPAL COURT. C. A. 11th Cir. Certiorari denied.

No. 00–10630. VILLAFRANCA-CABRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10632. HUBBARD v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 00–10633. GARZA-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10634. GUEVARRA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.